UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:15-cr-00006

**United States of America,**
*Plaintiff,*
v.
**Carlos Carreon-Herrada**
*Defendant.*

Before BARKER, *District Judge*

### ORDER

Before the court is the report and recommendation of United States Magistrate Judge K. Nicole Mitchell. Doc. 23. The report addresses defendant's plea of true to allegation 4 of the government's petition to revoke defendant's supervised release. Allegation 4 states that defendant violated the condition of his supervised release prohibiting the use and possession of any controlled substance, except as prescribed by a physician.

On December 5, 2019, Judge Mitchell held a final revocation hearing. The defendant pleaded "true" to allegation 4. Judge Mitchell recommends that the court accept the defendant's plea of true and revoke defendant's supervised release. The parties waived their right to file objections to the findings of fact and recommendation. The defendant additionally waived his right to be present and speak before the district judge imposes the recommended sentence. Doc. 22.

Accordingly, the findings and recommendation are **adopted**. The court now **accepts** defendant's plea of true to allegation 4 and **revokes** defendant's supervised release.

The court **orders** that defendant, Carlos Carreon-Herrada, be sentenced to 7 months imprisonment, with credit for time served beginning on September 6, 2019, with no supervised

release to follow. The terms and conditions of all monetary penalties ordered in the original final judgment are incorporated as if fully set forth herein. The court **recommends** that defendant serve his sentence at FCI Seagoville, if available.

*So ordered by the court on December 11, 2019.*

J. CAMPBELL BARKER
United States District Judge